STATE OF NEW JERSEY v. KENNETH MCNEIL.

September 5, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. BILL BEATTIE BROWN.

September 5, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. HAROLD FRAZIER.

September 5, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES NEWMAN.

September 5, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. LAWRENCE LEWIS.

September 5, 1984.

Petition for certification denied.